# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| General Dynamics | ) | ASBCA No. 60680 |
| | ) | |
| Under Contract No. N00024-01-C-8501 *et al.* | ) | |

APPEARANCES FOR THE APPELLANT:

D. Joe Smith, Esq.
Matthew L. Haws, Esq.
Edward Jackson, Esq.
Grant B. Schweikert, Esq.
  Jenner & Block LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:

Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
Robyn L. Hamady, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 25 April 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60680, Appeal of General Dynamics, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals